RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7/8/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RON CHRISTOPHER RICHARD | CIVIL ACTION NO. 09-386 |
| VS. | SECTION P |
| JIMMY SHIVERS, ET AL. | JUDGE ROBERT G. JAMES |
| | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and Local Rule (LR) 41.3W.

**MONROE, LOUISIANA**, this 1 day of September, 2009.

JUDGE ROBERT G. JAMES
UNITED STATES DISTRICT COURT